

FILED

JUN 2 5 2026

Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

Ladonna Pelfrey )
_____ )
_____ )
Name of plaintiff (s) )
)
v. )  Case No. 1:26-CV-172
)  (to be assigned by Clerk)
Melana Trump )
_____ )  TRM/MJD
_____ )
_____ )
Name of defendant (s) )

## COMPLAINT

1. A short and plain statement of the grounds for filing this case in federal court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

Bivens - 4th 5th 8th Amendments

_____

_____

2. Plaintiff, Ladonna Pelfrey _____ resides at

1108 Heather Ln _____, Spring City
street address                                        city

Rhea _____, Tn, 37381, 423-594-5384
county           state      zip code      telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)

_____

_____

1

3. Defendant, Melana Trump lives at, or its business is located at

1000 Defense Pentagon , Washington ,
street address                                                city
, DC , 20301 .
county                              state                zip code

(if more than one defendant, provide the same information for each defendant below)

4. Short and plain statement of your claim (state as briefly as possible the facts of your case and how each defendant is involved. You may use additional paper if necessary):

There is gender discrimination
There is Violations of Cruel & unusoal
Pushisment over my female idententy

2

5. A demand for judgment for the relief you seek (list what you want the Court to do):

a. _____10,000,000_____

b. _____

c. _____

d. _____

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this ____25____ day of ____June____, 20_26_.

_____Ladama Pelfrey_____

_____

_____

Signature of plaintiff (s)

3